Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CP DEPUTY

PATENAUDE & FELIX APC and RAYMOND PATENAUDE

vs

STATE NATIONAL INSURANCE COMPANY, a Texas corporation

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0596 JAH AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gary W. Osborne, Esq., Osborne & Nesbitt LLP, 501 W. Broadway, Suite 1760, San Diego, California 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — 4/1/08

CLERK — DATE

SEAL

By C. PUTTMANN, Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)