**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107

Attorneys for Plaintiffs
PATENAUDE & FELIX APC
and RAYMOND PATENAUDE

FILED
APR 01 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

PATENAUDE & FELIX APC and RAYMOND PATENAUDE

Plaintiffs,

vs.

STATE NATIONAL INSURANCE COMPANY, a Texas corporation

Defendant.

CASE NO. 08 CV U596 JAH AJB

**JURY DEMAND**

Plaintiffs Patenaude & Felix, APC and Raymond Patenaude hereby demand a trial by jury.

DATED: April 1, 2008

OSBORNE & NESBITT LLP

By: ______________________
Gary W. Osborne
Attorneys for Plaintiffs
PATENAUDE & FELIX APC AND
RAYMOND PATENAUDE