SOLTMAN, LEVITT & FLAHERTY LLP
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

John S. Levitt, Esq. (SBN 110820)

Attorneys for Defendant
State National Insurance Company

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATENAUDE & FELIX APC and RAYMOND PATENAUDE<br><br>Plaintiff,<br><br>v.<br><br>STATE NATIONAL INSURANCE COMPANY, a Texas corporation<br><br>Defendants. | CASE NO. 08 CV 0596 JAH AJB<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF VENTURA:

I am employed in the County of Ventura, State of California. I am over the age of 18 and am not a party to the within action; my business address is 2535 Townsgate Road, Suite 307, Westlake Village, CA 91361.

On May 8, 2008, I served the following document(s) described as **DEFENDANT STATE NATIONAL INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY TRIAL DEMANDED** on all interested parties to this action, as follows:

Gary Osborne, Esq.
Osborne & Nesbitt
501 West Broadway, Suite 1760
San Diego, CA 92101

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Soltman, Levitt & Flaherty's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Westlake Village, California, in the ordinary course of business.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to SEE LIST BELOW for delivery to the above address(es).

☐ **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No. (805) 497-1147 to Fax No. _________ directed to ___________. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

[State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 8, 2008, at Westlake Village, California.

Claudine A. Nesbitt