JOHN S. LEVITT, ESQ., SBN - 110820
PHILIP J. BONOLI, ESQ., SBN - 188906
SOLTMAN, LEVITT & FLAHERTY
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361
Tel: (805) 497-7706
Fax: (805) 497-1147
Email: pbonoli@slfesq.com

Attorneys for Defendant
STATE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATENAUDE & FELIX APC and RAYMOND PATENAUDE<br><br>Plaintiff,<br><br>v.<br><br>STATE NATIONAL INSURANCE COMPANY, a Texas corporation<br><br>Defendants. | Case No. 08cv596 JAH (CAB)<br><br>**DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER ALLOWING DEFENDANT'S REPRESENTATIVE WITH SETTLEMENT AUTHORITY TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Hon. Cathy Ann Bencivengo |

## I. INTRODUCTION

An Early Neutral Evaluation Conference ("ENE") is presently set for June 18, 2008. Defendant received notice of the ENE on Thursday, June 12th. Because the insurance representative with settlement authority resides in Southfield, Michigan and, because of the late notice, will incur substantial cost in making a personal appearance at the ENE. As a result, defendant requests that this Court issue an order allowing defendant's representative to appear telephonically at the June 18th ENE.

## II. ARGUMENT

Good cause exists for an order allowing defendant's representative to appear telephonically at the ENE set for June 18th.

Defendant did not receive notice of the ENE until late afternoon on Thursday, June 12, 2008. At that time, the Court Clerk contacted defense counsel's office to request a copy of defendant's ENE statement. Because the ENE was not placed on calendar through the firm's calendaring program, this was the first time that counsel received notice of the ENE. After the conversation with the Court Clerk, counsel reviewed the firm's calendar and calendar program and confirmed that the ENE was never placed on the firm's calendar. Because the ENE was not placed on calendar, counsel never received notice of the ENE. Counsel then reviewed this case's docket sheet on PACER and realized that an ENE was, indeed, set for June 18th. Although defense counsel will be present at the ENE, defendant's representative with full settlement authority will incur substantial cost in making a personal appearance.

The closest representative of defendant, State National Insurance Company, with full authority to negotiate and make decisions relating to settlement resides in Southfield, Michigan. Because of the late notice of the ENE, defendant's representative will incur substantial cost in making a personal appearance at the conference. Defendant's representative, however, will be available throughout the ENE by telephone.

Because of the late notice and because defendant's representative resides in Michigan, defendant respectfully requests that this Court issue an order allowing defendant's representative to appear by telephone at the ENE.

Pursuant to the Court's Electronic Case Filing instructions, a draft proposed order will be submitted to Judge Bencivengo's chambers.

Respectfully submitted,

DATED: June 13, 2008

SOLTMAN, LEVITT & FLAHERTY

By: [signature]

JOHN S. LEVITT, ESQ.
PHILIP J. BONOLI, ESQ.
Attorneys for Defendant
STATE NATIONAL INSURANCE CO.

## DECLARATION OF PHILIP J. BONOLI, ESQ.

I, Philip J. Bonoli, declare as follows:

I am an attorney duly licensed to practice law in the United States District Court, Southern District of California and before all courts of the State of California. I am an associate in the law firm of Soltman, Levitt & Flaherty, counsel of record for Defendant in the captioned action. I have personal knowledge of the following facts such that I could competently testify as to their truth and accuracy:

1. On May 8, 2008, our firm filed an answer on behalf of defendant, State National Insurance Company, in this case.

2. On June 12, 2008, our firm received notice of the Early Neutral Evaluation Conference scheduled for June 18th when the Court Clerk contacted our office requesting our ENE statement. This was the first time our office received notice of the ENE.

3. After the conversation, I looked at our firm's calendar and confirmed that the ENE was never inputted into our calendaring system.

4. I then reviewed this case's docket sheet on PACER and realized that an ENE was scheduled for June 18th.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 13, 2008, in Westlake Village, California.

Philip J. Bonoli, Esq.

# PROOF OF SERVICE

CASE NAME : PATENAUDE & FELIX APC, et al., v. STATE NATIONAL INSURANCE COMPANY

COURT : UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. : 08cv596 JAH (CAB)

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen, employed in the County of Ventura, State of California, and not a party to the within-entitled action. My business address is 2535 Townsgate Road, Suite 307, Westlake Village, California 91361. I served a true copy of the within **DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER ALLOWING DEFENDANT'S REPRESENTATIVE WITH SETTLEMENT AUTHORITY TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE** via Electronic Filing on the ECF System to the following:

**Gary W. Osborne, Esq.**
gosborne@onlawllp.com

Place of scanning is Westlake Village, California. Executed this 13th day of June, 2008 at Westlake Village, California.

I hereby certify that I am employed at the office of a member of the Bar of this Court at whose direction the service is made.

Minadora Horsey