SOLTMAN, LEVITT, FLAHERTY & WATTLES, LLP
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

John S. Levitt, Esq. (SBN 110820)

Attorneys for Defendant
STATE NATIONAL INSURANCE COMPANY

[SPACE BELOW FOR FILING STAMP ONLY]

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VNK DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PATENAUDE & FELIX APC and RAYMOND PATENAUDE

Plaintiff,

v.

STATE NATIONAL INSURANCE COMPANY, a Texas corporation

Defendants.

CASE NO. 08 CV 0596 JAH AJB

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE THAT as of July 1, 2008, the firm of SOLTMAN, LEVITT & FLAHERTY, LLP. has changed its name to SOLTMAN, LEVITT, FLAHERTY & WATTLES, LLP. Addresses, telephone and facsimile numbers are unchanged.

DATED: August 27, 2008

SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP

By: ______________________
JOHN S. LEVITT, ESQ.
Attorneys for Defendant STATE NATIONAL INSURANCE COMPANY

# PROOF OF SERVICE

***<u>Valdez v. Patenaude & Felix, et al.</u>***

***United States District Court Case No.: 08CV0596 JAH(AJB)***

STATE OF CALIFORNIA, COUNTY OF VENTURA:

I am employed in the County of Ventura, State of California. I am over the age of 18 and am not a party to the within action; my business address is 2535 Townsgate Road, Suite 307, Westlake Village, CA 91361.

On August 27, 2008, I served the following document(s) described as **NOTICE OF CHANGE OF FIRM NAME** on all interested parties to this action, as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

**Gary W. Osborne, Esq.**
**Dominic S. Nesbitt, Esq.**
**Cheryl D. Soto, Esq.**
**OSBORNE & NESBITT**
**501 West Broadway, Suite 1760**
**San Diego, CA 92101**
**Tel: (619) 557-0343**
**Fax: (619) 557-0107**
**email: gosborne@onlawllp.com**

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope(s) addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with Soltman, Levitt & Flaherty's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Westlake Village, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNITE EXPRESS:** I placed such envelope(s) with fees fully prepaid for next business day delivery, in an Overnite Express box located in Westlake Village, California, that is regularly maintained by Overnite Express and has a daily weekday pickup schedule.

☐ **BY FAX:** I caused such documents to be faxed to each addressee at the referenced facsimile number as shown.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s).

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2008, at Westlake Village, California.

SUSAN FILIZLI